**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen T. JONES, Defendant–Appellant.**

**No. 00–7271.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Stephen T. Jones, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stephen T. Jones appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion to reconsider a prior order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2000) motion. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Jones,* Nos. CR–94–5–V; CA–96–147–4–2–V (W.D.N.C. filed Aug. 11, 2000; entered Aug. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*